**Electronically Filed**
**Supreme Court**
**SCWC-22-0000349**
**08-JUL-2024**
**12:28 PM**
**Dkt. 17 OGAC**

SCWC-22-0000349

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF THE TAX APPEAL OF HAWAIIAN AIRLINES, INC.,
Petitioner/Plaintiff-Appellant, v. DEPARTMENT OF TAXATION,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000349; CIV. NO. 1CTX-21-0000493)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens JJ.)

The application for writ of certiorari filed on May 13, 2024, by Petitioner/Plaintiff-Appellant Hawaiian Airlines, Inc., is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, July 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

